UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-CV-01216-CMA-KLM

JOHN ERIC PLATO, an Individual,

    Plaintiff,

vs.

APRIA HEALTHCARE, INC., a Colorado corporation, and
INVACARE, an Ohio corporation,

    Defendants.

## ORDER TO DISMISS PARTY DEFENDANT

THE COURT, having reviewed the parties' Stipulated Motion to Dismiss *With Prejudice* (Doc. # 31) as to Defendant Apria Healthcare, Inc., and being fully advised in the premises, hereby GRANTS the motion. It is

ORDERED that all claims that were brought or which could have been brought by Plaintiffs against Defendant Apria Healthcare, Inc. are hereby DISMISSED WITH PREJUDICE, each party to be responsible for his or its own fees and costs.

DATED: October __31st__, 2008.

BY THE COURT:

*/s/ Christine M. Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge