UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-CV-01216-CMA-KLM

JOHN ERIC PLATO, an Individual,

    Plaintiff,

vs.

APRIA HEALTHCARE, INC., a Colorado corporation, and
INVACARE, an Ohio corporation,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT, having reviewed the parties' Stipulation for Dismissal With Prejudice (Doc. # 32), and being fully advised in the premises, hereby

ORDERS that the above-captioned action is DISMISSED WITH PREJUDICE, each party to be responsible for his or its own fees and costs.

DATED: October __31st__, 2008.

BY THE COURT:

*/s/ Christine M. Arguello*

CHRISTINE M. ARGUELLO
United States District Judge